UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD JONES,

        Plaintiff,        Case No. 1:07-cv-1070

v.        Honorable Robert J. Jonker

JAMES MILLER,

**ORDER OF TRANSFER**

        Defendant.
_____/

        This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff presently is incarcerated at the Gus Harrison Correctional Facility (ARF). Plaintiff sues Corrections Officer James Miller. In his *pro se* complaint, Plaintiff alleges that Defendant Miller wrote several false minor and major misconducts against Plaintiff because Plaintiff wrote a grievance against him. The events giving rise to Plaintiff's action occurred at ARF, which is located in Lenawee County. Lenawee County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a).

        Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Defendant is a public official serving in Lenawee County, and he "resides" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Plaintiff's allegations against Defendant arose in Lenawee County, where Defendant

allegedly committed the acts giving rise to this case.  *See Leroy v. Great W. United Corp.*, 443 U.S. 173, 185-87 (1979).  In these circumstances, venue is proper only in the Eastern District.  Therefore:

IT IS ORDERED that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).  **It is noted that this Court has not decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).**

IT IS SO ORDERED.


Dated:  November 7, 2007                                            /s/ Hugh W. Brenneman, Jr.
                                                                                         HUGH W. BRENNEMAN, JR.
                                                                                         United States Magistrate Judge